**Anthony J. STANDIFER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77846**

Missouri Court of Appeals, Western District.

ORDER FILED: October 27, 2015

Susan L. Hogan, Kansas City, MO, for appellant.

Andrew C. Hooper, Jefferson City, MO, for respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

**ORDER**

Per curiam:

Anthony J. Standifer appeals the denial of his Rule 29.15 motion which claimed that appellate counsel was ineffective in failing to file a motion for new trial after receiving an affidavit from a co-defendant recanting Standifer's role as the shooter in a robbery that resulted in murder. Finding no error, we affirm. Rule 84.16(b).